**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY AUSBORN,<br><br>       Plaintiff,<br><br>   v.<br><br>CDCR DEPARTMENT OF ADULT<br>PAROLE OPERATIONS, et al.,<br><br>      Defendants. | No. 1:26-cv-03223 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF PAY $405 FILING FEE WITHIN TWENTY-ONE DAYS<br><br>(Docs. 2, 8) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. On April 27, 2026, Plaintiff a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 (Doc. 1) and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 ("Section 1915") (Doc. 2.) On April 30, 2026, the Court granted Plaintiff's application to proceed in forma pauperis. (Doc. 4.) However, on June 4, 2026, the magistrate judge vacated the order granting in forma pauperis status and issued Findings and Recommendations to deny Plaintiff's motion to proceed in forma pauperis for having suffered three or more "strikes" under section 1915(g). (Doc. 8.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id*. at 4.) No objections have been filed, and the deadline to do so has expired.

1

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on June 4, 2026, (Doc. 8), are **ADOPTED** in full.

2. In accordance with 28 U.S.C. § 1915(g), Plaintiff's application to proceed *in forma pauperis*, (Doc. 2), is **DENIED**.

3. Within **twenty-one (21) days** following the date of service of this order, Plaintiff shall pay the $405.00 filing fee in full to proceed with this action.

4. **If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.**

IT IS SO ORDERED.

Dated:    **June 28, 2026**

UNITED STATES DISTRICT JUDGE

2